UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Charles J. Rodel
Cheryl A. Rodel

                  Debtor(s)                  Court file #06-60302

APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE

The undersigned applicant, pursuant to Local Rule 2016-2, states that:

1. The applicant is the attorney for the debtor(s).

2. That status of the case is as follows:

 x   A plan has been confirmed
 _   No plan has been confirmed and the case is pending
 _   No plan has been confirmed and the case is dismissed

The trustee has funds on hand in the amount of $

3. Applicant seeks allowance of fees and reimbursement of expenses as follows:

| | |
|---|---:|
| Fees | $2,000.00 |
| Expenses: | |
| Filing fee | 274.00 |
| Copies  225  (#)  @ .10 | 22.50 |
| Postage 45  #    @ .39 | 17.55 |
| Other, itemized: | |
| Credit Counseling fee | <u>49.00</u> |
| Total Expenses | $  363.05 |
| Total fees and expenses: | $2,363.05 |

(Collectively, the fees and expenses. If the requested expenses include costs other than as itemized above, an itemization is attached.)

4. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the Applicant and actual, necessary

expenses incurred on behalf of the Debtor(s). The services provided consist of the following:

      _x_ Pre-confirmation services; or
      __ Post confirmation services consisting of the following:
            __ Resolving motion(s) for relief from stay
            __ Resolving motion(s) for dismissal
            __ Filing motion(s) for sale of real estate
            __ Filing motion(s) objecting to claim(s)
            __ Preparing, serving and filing modified plan(s)
            Assisting the debtor in complying with § 521(f)(4)

     5.    Regarding the Requested Fees and Expenses, the Debtor(s) has paid Applicant the sum of $ 325.00 as of Dec. 1, 2006. The Debtor(s) owes the Applicant the sum of $ 2,038.05 for the unpaid balance.

     6.    The Applicant has applied for fees and/or expenses in this case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|

NONE

     7.    The applicant has not shared or agreed to share with any other person, other than with members of this applicant's law firm, any compensation paid or to be paid in this case.

WEREFORE, the applicant requests the Court to enter an Order as follows:

(A)    Awarding $ 2,038.05, the unpaid balance stated in paragraph 5 above, for compensation and/or reimbursement; and
(B)    If no plan is confirmed, authorizing the Chapter 13 trustee to disburse to Applicant from funds on hand, funds in the amount of the fees and expenses allowed hereunder.

  _/e/ Sam Calvert_____                   Dated:   Dec. 28, 2006
Sam V. Calvert, attorney for debtor
1011 2nd ST N, STE 107
StCloud MN 56303
320-252-4473

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Charles J. Rodel
Cheryl A. Rodel

                Debtor(s)                Court file #06-60302

ORDER

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor(s) in Chapter 13 Case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

1.        Applicant is awarded $ 2,038.05, the unpaid balance stated in paragraph 5 of the application, for compensation and/or reimbursement.

2.        If no plan is confirmed, the Chapter 13 trustee is authorized to disburse to Applicant from funds on hand, funds in the amount of the fees and expenses allowed hereunder.

BY THE COURT:

_____          Dated: _____ 2006
Bankruptcy Judge